**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **KELONG HAN** | : | **VIOLATIONS:**<br>**26 U.S.C. § 7206(1) (filing false tax returns – 2 counts)** |

**INFORMATION**

**COUNT ONE**
**(Filing a False Tax Return)**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 28, 2021, in the Eastern District of Pennsylvania, defendant

**KELONG HAN**

willfully made and subscribed a United States Individual Income Tax Return, Form 1040, for the calendar year 2020, which was verified by a written declaration that it was made under the penalty of perjury and filed with the Director, Internal Revenue Service Center, in Philadelphia, Pennsylvania, which defendant HAN did not believe to be true and correct as to every material matter, in that the return reported taxable income of $9,531 (line 15), when in fact, as defendant HAN well knew, his actual taxable income was substantially higher, that is, approximately $1,028,524.

In violation of Title 26, United States Code, Section 7206(1).

**COUNT TWO**
**(Filing a False Tax Return)**

**THE UNITED STATES ATTORNEY CHARGES FURTHER THAT:**

On or about April 15, 2023, in the Eastern District of Pennsylvania, defendant

**KELONG HAN**

willfully made and subscribed a United States Individual Income Tax Return, Form 1040, for the calendar year 2022, which was verified by a written declaration that it was made under the penalty of perjury and filed with the Director, Internal Revenue Service Center, in Philadelphia, Pennsylvania, which defendant HAN did not believe to be true and correct as to every material matter, in that the return reported taxable income of $115,053 (line 15), when in fact, as defendant HAN well knew, his actual taxable income was substantially higher, that is, approximately $1,002,173.

In violation of Title 26, United States Code, Section 7206(1).

Christine E Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

KELONG HAN

INFORMATION

26 U.S.C. § 7206(1) (filing false tax returns – 2 counts)

A true bill.

______________________________
Foreperson

Filed in open court this ______________________day,
Of ________________A.D. 20__________

______________________________
Foreperson

Bail, $____________